IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAZELL JOHNSON,

    Plaintiff,

v.                                                          Civil Action No. **3:20CV884**

UNKNOWN, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on December 3, 2020, the Court directed the Clerk to mail a standardized form for filing a 42 U.S.C. § 1983 complaint to Plaintiff because his complaint was missing pages. The Court instructed Plaintiff to complete and return the form within fourteen (14) days of the date of entry thereof if he wished to file a complaint at this time. On December 14, 2020, the United States Postal Service returned the December 3, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "MOVED, LEFT NO ADDRESS/UNABLE TO FORWARD," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                     /s/
                                                       M. Hannah Lauck
                                                       United States District Judge
                                                       M. Hannah Lauck
                                                       United States District Judge

Date: 12-16-20
Richmond, Virginia